1  Amy Clemmons
2  Assistant Attorney General
   1116 W Riverside Avenue
3  Spokane, WA 99201
   (509) 456-3123

4

5

6                    THE HONORABLE EDWARD F. SHEA

7              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
8

9  DAVID TROUPE,                  | NO. 13-5028-EFS
                                   |
10                    Plaintiff,   | JOINT AGREED
                                   | PROTECTIVE ORDER
11           v.                    |
                                   |
12 KENNITH R. BRODHEAD;            |
   LINDA W. BELANGER;              |
13 KEVIN WALKER,                   |
                                   |
14                    Defendants.  |

15      The parties, by and through their respective counsel, stipulate to the

16 entry of this Protective Order Concerning Confidential and/or Privileged

17 Information, as follows:

18      A.      This Protective Order shall apply to all documents, materials,

19 and information, including without limitation: documents produced;

20 answers to interrogatories; responses to requests for admission containing

21 information designated as confidential; deposition testimony; and other

22 information disclosed pursuant to the disclosure or discovery duties created

1  by the Rules of Civil Procedure and pursuant to the terms of this Protective
2  Order.
3    B. As used in this Protective Order, "document" is defined as
4  provided in F.R.C.P. 34. Any draft or non-identical copy containing
5  information that is protected by this order shall also be subject to the terms
6  of this protective order.
7    C. "CONFIDENTIAL" and/or "Protected" information covered
8  under the terms of this Protective Order shall include:
9    1) Plaintiff's Medical file. The parties agree that the information
10 in this file will not be used for any purpose outside of the issues related to
11 this litigation. In the event any portion of the file needs to be filed with the
12 court prior to trial, it will be filed under seal, or in such a manner, as it will
13 not be made available to the public. In the event this matter proceeds to
14 trial, the parties agree to address the manner in which this file will be used
15 at trial with the Judge prior to trial, to give Plaintiff an opportunity to
16 request protection of the material from public disclosure;
17   2) All information on any staff member employed by DOC shall
18 be deemed confidential and shall not be disclosed, used or distributed by
19 Plaintiff without a prior stipulation by counsel or an order by the court.
20 Plaintiff has misused information on staff in the past and attempted to
21 obtain personal information on staff to be used against staff and attempted
22 to manipulate staff with the threat of disclosure of personal information, as

JOINT AGREED
PROTECTIVE ORDER

2

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

found in prior court actions, resulting in other court's granting injunctive relief preventing Plaintiff from obtaining any personal information on DOC staff. The prior injunctive orders, limiting Mr. Troupe's access to information on staff remain in effect and are attached hereto and incorporated herein as Ex. 1. Due to the concerns for staff safety, the need to avoid offender manipulation and threats, and the interests of institutional security, the parties agree that Plaintiff will not obtain any personal information on staff, or any information that could possibly be used as a threat or to manipulate staff within any correctional facility, in the course of this litigation. Plaintiff has agreed to withdraw any discovery requests for information on staff, with the exception of the information set out below in section D that the parties agreed could be produced in this litigation.

3) Plaintiff further agrees to withdraw and not make any discovery requests for any information on security practices that is designated by the Department of Corrections (DOC) as information not available to offenders for safety and security reasons. Plaintiff will seek prior permission from Defense counsel and/or obtain an order from the court in order to obtain any information on DOC security measures, policies, or practices, which are not available to offenders for security reasons.

JOINT AGREED
PROTECTIVE ORDER

3

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

D.  The parties have agreed that solely for the purposes of this litigation, Plaintiff may have access to the following information. This information shall be treated as confidential and privileged, and not subject to any disclosure outside of the parties to this action and to the Court as necessary in the course of this litigation:

1) a response to an Interrogatory on whether CUS Belanger possesses any degrees in the area of mental health, not to include any personal identification information or information that could lead to the identification of any personal information;

2) a response to an Interrogatory regarding whether Officer Brodhead has any findings of abuse or discipline, contained in his personnel file, relating to his conduct directed toward inmates;

3) access to existing records on e-mails by staff that reference or relate to Mr. Troupe for the time period between June of 2010 and July 2011. These e-mails will be subject to redactions, as necessary, to avoid disclosure of any confidential and/or protected information on DOC staff, third parties or other offenders.

E.  CONFIDENTIAL information shall not be disclosed or used for any purpose except as needed for the preparation and trial of this case. Plaintiff shall not share any records obtained in the course of this litigation with anyone outside of Defense counsel and/or the Court without first obtaining permission in writing from Defense counsel and/or obtaining an

JOINT AGREED
PROTECTIVE ORDER

4

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

order from the Court. Defendants shall only use Plaintiff's medical information as necessary for the preparation and trial of this case, which may include sharing that information with experts or other witnesses involved in the preparation and trial of this matter.

F.   The parties agree to redact any personal identification information on any DOC staff from any documents to be filed with the Court before trial or used at trial as an exhibit in this matter.

G.   The Parties agree that documents designated as CONFIDENTIAL that may be filed with the Court at trial will be subject to further order of the court as necessary at the time of trial. No documents designated as "CONFIDENTIAL" will be filed with the Court except for in camera review until such time as the Court has had an opportunity to hear and decide any separate motions relating to the potential disclosure of the document at trial.

H.   Whenever a deposition involves the disclosure of CONFIDENTIAL information, the deposition or portions thereof shall be designated as CONFIDENTIAL and shall be subject to the provisions of this Protective Order. Such designation shall be made on the record during the deposition whenever possible, but a party may designate portions of depositions as CONFIDENTIAL after transcription, by providing written notice of the designation within thirty (30) days after receipt of the deposition transcript.

1   I.   Within thirty (30) days of the conclusion of this case, unless other arrangements are agreed upon by the parties, the Plaintiff shall relinquish or return all documents designated as CONFIDENTIAL by this order, and any copies or reproductions thereof, to Defendants' counsel, or a ~~designated DOC employee charged with collecting the same.~~ Amy C. Clemmons

J.   This Order may not be modified without the Court's signature or approval. Notwithstanding, nothing in this Order abridges the right of any person to seek its modification by the Court in the future. This Protective Order may be modified by the Court at any time following notice to all parties and an opportunity for them to be heard.

DONE AND ORDERED this __6th__ day of ~~October, 2013~~. November, 2013.

s/Edward F. Shea
_____
THE HONORABLE EDWARD F. SHEA

STIPULATED TO AND APPROVED as to form this 4 day of October, 2013.

ROBERT W. FERGUSON
Attorney General

  s/Amy C. Clemmons
_____
AMY C. CLEMMONS, WSBA# 22997
OID # 91106
Attorneys for Defendants Kennith R. Brodhead; Linda W. Belanger and Kevin Walker
Assistant Attorney General
1116 W. Riverside Avenue

DAVID TROUPE,
DOC # 765714

JOINT AGREED
PROTECTIVE ORDER

6

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

Spokane, WA 99201-1194
Telephone: 509-458-3545
Fax: 509-458-3548
E-mail: AmyC2@atg.wa.gov

JOINT AGREED
PROTECTIVE ORDER

7

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123